**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 117 DB 2023 (No. 70 RST 2023) |
| | : | |
| KENNETH EVERETT MCPHERSON | : | Attorney Registration No. 51316 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

**O R D E R**

**PER CURIAM**

**AND NOW**, this 26th day of October, 2023, the Report and Recommendation of Disciplinary Board Member dated October 17, 2023, is approved and it is ORDERED that KENNETH EVERETT MCPHERSON, who has been on Administrative Suspension, has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.